UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL ALAN RICKER,

        Plaintiff,

v.                                    Case No. 5:13-cv-479-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,
        Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Michael Alan Ricker's appeal from a final decision of the Commissioner of the Social Security Administration ("Commissioner"), which the Court referred to United States Magistrate Judge Philip R. Lammens for a report and recommendation.

On October 16, 2014, Judge Lammens issued a Report and Recommendation recommending that the Commissioner's decision be affirmed. (Doc. 19.) Plaintiff filed his Objections to the Magistrate Judge's Report and Recommendation ("Objections") on October 29, 2014. (Doc. 20.) Having reviewed the Report and Recommendation (Doc. 19) and Plaintiff's Objections (Doc. 20), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammen's Report and Recommendation (Doc. 19) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this ___21___ day of November, 2014.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record